**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
UNITED STATES OF AMERICA,      :
                               :
     Plaintiff,                :
                               :
v.                             :     Crim. No. 3:01CR178(AWT)
                               :
FRANK DEGRAY,                  :
                               :
     Defendant.                :
-------------------------------x
```

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Thomas P. Smith</u> for the following purposes:

\_\_\_\_\_   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_   A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

__X__   A ruling on the following motion(s), which is/are currently pending:(orefm.)
  • Doc.# __3__ <u>Motion for Examination of Judgment Debtor and for a Hearing on Defendant's Ability to Pay the Judgment</u>

\_\_\_\_\_   A settlement conference (orefmisc./cnf)

\_\_\_\_\_   A conference to discuss the following: (orefmisc./cnf)

\_\_\_\_\_   Other: (orefmisc./misc)

SO ORDERED this 10th day of November 2004, at Hartford, Connecticut.

                              /s/
                    Alvin W. Thompson
                    United States District Judge